1    H TIM HOFFMAN SBN 49141
     **HOFFMAN & LAZEAR**
2    180 Grand Avenue, Suite 1550
     Oakland, CA 94612
3    Telephone:  510-763-5700

4    THOMAS F. CAMPBELL (*Pro Hac Vice* Pending)
     D. KEIRON MCGOWIN (*Pro Hac Vice* Pending)
5    **CAMPBELL LAW, P.C.**
     100 Concourse Parkway, Suite 115
6    Birmingham, AL  35244
     Telephone: 205-278-6650
7
     Attorneys for Plaintiff
8
     CHRISTOPHER J. BORDERS SBN 135901
9    cborders@hinshawlaw.com
     HINSHAW & CULBERTSON LLP
10   One California Street, 18th Floor
     San Francisco, CA 94111
11   Telephone:    415-362-6000

12   Attorneys for Defendants THE
     TERMINIX INTERNATIONAL
13   COMPANY L.P., a limited partnership;
     TERMINIX INTERNATIONAL, INC.

14

15              **UNITED STATES DISTRICT COURT**

16              **EASTERN DISTRICT OF CALIFORNIA**

17                   **FRESNO DIVISION**

18   EDWARD ESHAGH, on behalf of himself  )  **Case No.:  1:11-CV-00222-OWW-DLB**
     and all others similarly situated          )
19                                              )  **STIPULATION AND ORDER TO**
                     Plaintiff,                 )  **ENLARGE TIME**
20                                              )
           vs.                                  )  Hon. Oliver W. Wanger
21                                              )
     THE TERMINIX INTERNATIONAL                 )
22   COMPANY L.P., a limited partnership;       )  Complaint Filed:
     TERMINIX INTERNATIONAL, INC.               )
23                                              )
                     Defendants.                )
24   _____

25

26

27

28
                                1

IT IS HEREBY AGREED AND STIPULATED by and between the parties to this litigation, by and through their respective counsel, and pursuant to Local Rule 144(a), as follows:

1.     Based on the date of service upon Terminix International, Inc., the responsive pleading deadline for Terminix International, Inc. is March 11, 2011.

2.     Plaintiff's Complaint is forty-three (43) pages long, contains 201 paragraphs of allegations, and purports to bring five (5) separate claims labeled as follows:

| Count | Description |
|---|---|
| Count I | California UCL (Business and Professions Code §17200, et seq.) |
| Count II | California UCL (Business and Professions Code §17500, et seq.) Equitable Relief |
| Count III | Breach of Professional Duty |
| Count IV | Breach of Contract and Duty of Fair Dealing |
| Count V | Assumpsit |

3.     Counsel for the Defendants has been researching the legal issues raised by Plaintiff's claims as well as reviewing and investigating the numerous factual allegations made in the Complaint.  Given the number of legal and factual issues raised by Plaintiff's Complaint, that research and factual investigation has not yet been completed.

4.     Defendants have requested an enlargement of time of twenty-eight (28) days, thus until April 7, 2011, to file its responsive pleading to the plaintiff's Complaint. Plaintiff has agreed to this request in exchange for Defendants' agreement to (a) appear and respond for both Defendants by April 7, 2011, and (b) to not oppose Plaintiff's counsel's motion for admission pro hac vice of Thomas F. Campbell and D. Keiron McGowin.  Defendants agree to the two stipulations requested by Plaintiff. Plaintiff stipulates that he will not object to pro hac vice motions by Defendants' lawyers David Creagh and David Richards.

1          SO STIPULATED.

2   DATED:  March 8, 2011                    HOFFMAN & LAZEAR

3

4

5                                            By:/s/ H. Tim Hoffman
                                                H. Tim Hoffman
6                                               Attorneys for Plaintiff

7   DATED:  March 8, 2011                    HINSHAW & CULBERTSON LLP

8

9                                            By:/s/ Christopher J. Borders
                                                Christopher J. Borders
10                                              Attorneys for Defendants THE TERMINIX
                                                INTERNATIONAL COMPANY L.P., a
11                                              limited partnership; TERMINIX
                                                INTERNATIONAL, INC.
12

13

14  IT IS SO ORDERED.

15      Dated:   **March 9, 2011**                  _____/s/ Oliver W. Wanger
16                                           UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28                                  3