1  H. TIM HOFFMAN, SBN 49141
   ARTHUR W. LAZEAR, SBN 83603
2  **HOFFMAN & LAZEAR**
   180 Grand Avenue, Suite 1550
3  Oakland, CA 94612
   Telephone: (510) 763-5700
4
   THOMAS F. CAMPBELL (*pro hac vice pending*)
5  D. KEIRON McGOWIN (*pro hac vice pending*)
   **CAMPBELL LAW**
6  **A PROFESSIONAL CORPORATION**
   100 Concourse Parkway, Suite 115
7  Birmingham, AL  35244
   Telephone: (205) 278-6650
8
   Attorneys for Plaintiff
9
                    **UNITED STATES DISTRICT COURT FOR THE**
10                      **EASTERN DISTRICT OF CALIFORNIA**
                              **FRESNO DIVISION**
11

| | |
|---|---|
| EDVARD ESHAGH, on behalf of himself and all others similarly situated, ) | Case No. 1:11-cv-00222-OWW-DLB |
| ) | [ASSIGNED TO: Hon. Oliver W. Wanger] |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER TO** |
| vs. ) | **CONTINUE HEARING AND BRIEFING** |
| ) | **SCHEDULE ON DEFENDANT'S** |
| THE TERMINIX INTERNATIONAL ) | **MOTION TO DISMISS (DKT. NO. 11)** |
| COMPANY LIMITED PARTNERSHIP, a ) | |
| limited partnership; TERMINIX ) | |
| INTERNATIONAL, INC., a corporation; ) | Complaint Filed:  February 8, 2011 |
| ) | |
| Defendants. ) | |
| _____ | |

        WHEREAS, Defendants THE TERMINIX INTERNATIONAL COMPANY LIMITED

PARTNERSHIP, a limited partnership; TERMINIX INTERNATIONAL, INC., a corporation

(herein, "Defendants") filed a motion to dismiss this action pursuant to Fed. R. Civ. Proc.

12(b)(6) on April 7, 2011; and

        WHEREAS, the hearing on Defendants' motion is currently scheduled for May 23, 2011;

        WHEREAS, the deadline for Plaintiff EDVARD ESHAGH (herein, "Plaintiff") to file a

responsive pleading is currently May 9, 2011; and

| | | |
|---|---|---|
| Stipulation to Continue Hearing on Defendant's | -1- | Case No. 1:11-cv-00222-OWW-DLB |
| Motion to Dismiss | | |

WHEREAS, Plaintiff's counsel has an unavoidable conflict in a previously scheduled matter on May 23, 2011; and

WHEREAS, the parties have met and conferred and agree that the hearing on Defendant's motion should be continued until July 11, 2011; and

WHEREAS, the parties agree that the briefing scheduling should also be continued according to the rescheduled hearing date;

IT IS HEREBY STIPULATED AND AGREED, PURSUANT TO LOCAL RULE 143, that the Motion Hearing set for May 23, 2011, be continued to July 11, 2011, or another convenient date for the Court; and

IT IS FURTHER STIPULATED AND AGREED that the parties will also continue the briefing schedule for Plaintiff's response and Defendant's reply to correspond to the continued date of the hearing and pursuant to Local Rule 230.

Dated: May 10, 2011                          HOFFMAN & LAZEAR


By: __/s/ Chad A. Saunders_____
     Chad A. Saunders
     Attorneys for Plaintiff

Dated: May 10, 2011                          HINSHAW & CULBERTSON LLP


By: __/s/ Christopher J. Borders_____
     Christopher J. Borders
     Attorneys for Defendants

1
2
**Order**

3
4
      PURSUANT TO STIPULATION, IT IS SO ORDERED.

5
IT IS SO ORDERED.

6
   Dated:  **May 11, 2011**                  **/s/ Oliver W. Wanger**
7
                                                              UNITED STATES DISTRICT JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28