CHRISTOPHER J. BORDERS SBN 135901
cborders@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000

Attorneys for Defendants THE
TERMINIX INTERNATIONAL
COMPANY L.P., a limited partnership;
TERMINIX INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| EDVARD ESHAGH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE TERMINIX INTERNATIONAL COMPANY L.P., a limited partnership; TERMINIX INTERNATIONAL, INC.<br><br>Defendants. | Case No.: 1:11-CV-00222-OWW-DLB<br><br>**ORDER GRANTING MOTION TO DISMISS COMPLAINT**<br><br>Hon. Oliver W. Wanger<br><br>Complaint Filed: February 8, 2011 |

THIS CAUSE COMING TO BE HEARD ON Motion of Defendants to Dismiss Plaintiff's Complaint (the "Motion"), due notice having been given, oral argument on the Motion having been heard on July 11, 2011, and the Court having issued its Memorandum Decision on July 25, 2011,

IT IS HEREBY ORDERED THAT:

(1)   Count I (California Unfair Competition Law (Business and Professions Code §17200, et seq.)) and Count II (California UCL – False Advertising Law (Business and Professions Code §17500, et seq.)) are DISMISSED, without prejudice;

PDF created with pdfFactory trial version www.pdffactory.com

(2) Count III (Breach of Professional Duty) and Count V (Assumpsit) are time-barred and are DISMISSED with prejudice;

(3) Count IV (Breach of Contract and Duty of Fair Dealing) based on contracts other than Exhibit 1 to the Complaint are DISMISSED, without prejudice;

(4) Plaintiff shall file an amended complaint within 20 days following electronic service of the Court's July 25, 2011 Memorandum Decision. Defendants shall file their responsive pleading within 15 days following service of an amended complaint.

SO ORDERED.

DATED: August 10, 2011
_____

/s/ OLIVER W. WANGER
Honorable Oliver W. Wanger
U.S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com