1  H. TIM HOFFMAN, SBN 49141
   ARTHUR W. LAZEAR, SBN 83603
2  **HOFFMAN & LAZEAR**
   180 Grand Avenue, Suite 1550
3  Oakland, CA 94612
   Telephone: (510) 763-5700
4

5  THOMAS F. CAMPBELL (ADMITTED *PRO HAC VICE*)
   D. KEIRON MCGOWIN (ADMITTED *PRO HAC VICE*)
   **CAMPBELL LAW**
6  **A PROFESSIONAL CORPORATION**
   One Chase Corporate Drive Suite 180
7  Birmingham, AL  35244
   Telephone: (205) 278-6650
8
   *Attorneys for Plaintiff*
9
   CHRISTOPHER J. BORDERS SBN 135901
10 DAVID CREAGH, (ADMITTED *PRO HAC VICE*)
   **HINSHAW & CULBERTSON LLP**
11 One California St., 18th Fl.
   San Francisco, CA 94111
12 Telephone:  (415) 362-6000

13 222 North LaSalle St., Suite 300
   Chicago, Illinois 60601
14 Telephone: (312) 704-3566

15 *Attorneys for Defendants*

16            **UNITED STATES DISTRICT COURT FOR THE
                  EASTERN DISTRICT OF CALIFORNIA
17                       FRESNO DIVISION**

| | |
|---|---|
| 18  EDVARD ESHAGH, on behalf of himself and all others similarly situated, | ) Case No: 1:11-CV-00222-AWI-DLB |
| 19  Plaintiff, | ) |
| 20  vs. | ) **JOINT STIPULATION & ORDER TO CONTINUE DECEMBER 5, 2011 HEARING ON PENDING MOTIONS** |
| 21  THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP, a limited partnership; TERMINIX INTERNATIONAL, INC., a corporation; | ) |
| 23 | ) Date: March 5, 2012 |
| 24  Defendants. | ) Time:.1:30 PM<br>) Ctrm.: |
| 25 | ) Complaint filed: February 8, 2011 |

1
**JOINT STIPULATION ON CONTINUANCE OF DECEMBER 5, 2011 MOTION**

IT IS HEREBY AGREED AND STIPULATED by and between the parties to this litigation, by and through their respective counsel, and pursuant to Local Rules 143 and 230(f), as follows:

1. The following attorneys in this case also represent the following parties in an Alabama arbitration styled *The New Rising Star Baptist Church* (herein "NRSBC") *v. The Terminix Int'l. Co. L.P., et al.* (herein collectively "Terminix"), Augusta Dowd, Arbitrator:[1]

   A. Thomas F. Campbell (lead attorney in *NRSBC* and this case) and D. Keiron McGowin represent *NRSBC*; and

   B. David Creagh (lead attorney in *NRSBC* and this case) and David Richards represent Terminix.

2. Since April 2011, *NRSBC* has been set for an arbitration hearing in Birmingham, Alabama for December 5 - 7, 2011.

3. After Judge Wanger was removed from this case due to retirement, this Court recently re-set the hearing on Terminix's pending motions to dismiss, to compel arbitration, and related motions for a December 5, 2011 hearing.

4. The parties have discussed this conflict, discussed the issue with clients, and compared their calendars to find a date to hear Terminix's motions which is convenient to both parties considering their lawyers' upcoming trial schedules. D. Keiron McGowin recently spoke with this Court's office and was told that any non-holiday Monday at 1:30 p.m. was an acceptable date.

---

[1] Augusta Dowd is an attorney with the firm of White Arnold & Dowd P.C., 2025 3rd Ave No. Suite 500, Birmingham, AL 35203-3331. Mrs. Dowd's e-mail address is: dowd@whitearnolddowd.com. Her telephone number is (205) 323-1888. Her assistant is Anita Ellison.

2
**JOINT STIPULATION ON CONTINUANCE OF DECEMBER 5, 2011 MOTION**

5.     WHEREFORE, the parties hereby agree to a continuance of the hearing on the pending motions from December 5, 2011, to March 5, 2012, at 1:30 p.m.

**SO STIPULATED.**

DATED:  November 7, 2011.          **HOFFMAN & LAZEAR**

H. TIM HOFFMAN, SBN 49141
ARTHUR W. LAZEAR, SBN 83603

**CAMPBELL LAW**
A Professional Corporation
Thomas F. Campbell (*pro hac vice*)
D. Keiron McGowin (*pro hac vice*)


By:     */s/ D. Keiron McGowin*
           Attorneys for Plaintiff


**HINSHAW & CULBERTSON LLP**

CHRISTOPHER J. BORDES SBN 135901
DAVID CREAGH, (ADMITTED *PRO HAC VICE*)


By:     */s/ David Creagh*
           Attorneys for Defendants



                              **ORDER**




IT IS SO ORDERED.

Dated:   November 7, 2011          _____
                                    CHIEF UNITED STATES DISTRICT JUDGE

3
**JOINT STIPULATION ON CONTINUANCE OF DECEMBER 5, 2011 MOTION**