IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDVARD ESHAGH, on behalf of himself and all others similarly situated )<br>)<br>Plaintiff, )<br>v. )<br>)<br>THE TERMINIX INTERNATIONAL )<br>COMPANY L.P., a limited partnership; )<br>TERMINEX INTERNATIONAL, INC., )<br>)<br>Defendants. )<br>_____ ) | 1:11-CV-0222 AWI DLB<br><br>ORDER REFERRING MOTION TO COMPEL ARBITRATION AND STAY THIS ACTION TO MAGISTRATE JUDGE DENNIS L. BECK<br><br>ORDER VACATING MARCH 5, 2012 HEARING DATE |

Defendants have filed a motion to compel arbitration and stay litigation, along with a motion to dismiss certain causes of action. The court finds that the motion to compel arbitration and stay this action should be decided prior to any motion to dismiss. In addition, in the court finds that the motion to compel arbitration can be referred to Magistrate Judge Dennis L. Beck pursuant to 28 U.S.C. § 636(b)(1).

Therefore, IT IS HEREBY ORDERED that:

1. The pending motion to compel arbitration and stay is REFERRED to Magistrate Judge Dennis L. Beck;

2. The March 5, 2012 hearing before the undersigned is VACATED; and

3. The parties are informed that Magistrate Judge Beck will set a new hearing date and time for the pending motion if he desires oral arguments on this motion.

IT IS SO ORDERED.

Dated:   March 2, 2012

_____

CHIEF UNITED STATES DISTRICT JUDGE