H TIM HOFFMAN   SBN 049141
ARTHUR W. LAZEAR   SBN 083603
**HOFFMAN & LAZEAR**
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone: 510-763-5700

THOMAS F. CAMPBELL  (*Pro Hac Vice*)
D. KEIRON MCGOWIN   (*Pro Hac Vice*)
**CAMPBELL LAW, P.C.**
1 Chase Corporate Drive, Suite 180
Birmingham, AL  35244
Telephone: 205-278-6650

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| EDWARD ESHAGH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE TERMINIX INTERNATIONAL COMPANY L.P., a limited partnership; TERMINIX INTERNATIONAL, INC.<br><br>Defendants. | Case No: 1:11-CV-00222-AWI-DLB<br><br>**JOINT STIPULATION & ORDER TO CONTINUE MARCH 16, 2012 HEARING ON MOTION TO STAY LITIGATION, COMPEL ARBITRATION, AND STRIKE CLASS CLAIMS BEFORE MAGISTRATE JUDGE DENNIS L. BECK**<br><br>Date: March 16, 2012<br>Time: 9:00 AM<br>Ctrm.: 9<br><br>Complaint filed: February 8, 2011 |

IT IS HEREBY AGREED AND STIPULATED by and between the parties to this litigation, by and through their respective counsel, and pursuant to Local Rules 143 and 230(f), as follows:

1

JOINT STIPULATION & ORDER TO CONTINUE MARCH 16, 2012 HEARING
CASE NO.  1:11-CV-00222-OWW-DLB

1. The hearing on Terminix's motions to stay litigation, compel arbitration and strike class claims was previously set for March 5, 2012. On March 2, 2012, the Court referred the motion to compel arbitration to Magistrate Judge Dennis L. Beck and vacated the March 5, 2012 hearing date.

2. Also on March 2, 2012, the Court made a minute entry in the Court's record setting the motion to compel arbitration for hearing before Magistrate Judge Dennis L. Beck on March 16, 2012 at 9:00 a.m. in Courtroom 9.

3. Plaintiffs have a conflict with the March 16, 2012 hearing date and discussed their conflict and availability for alternative hearing dates with counsel for the defense. Counsel for the defendants indicated they had no objection to continuing the hearing. Thomas F. Campbell spoke with Judge Beck's assistant who indicated that the motion could be heard at one of the motion dockets held every Friday at 9:00 a.m. The parties compared their calendars to find a date for a hearing on Terminix's motions which is convenient to both parties considering their lawyers' pre-existing obligations, and discussed the issue with clients.

4. WHEREFORE, the parties hereby agree to a continuance of the hearing on the pending motions before Magistrate Judge Dennis L. Beck from March 16, 2012 to April 13, 2012 at 9:00 a.m. in Courtroom 9.

**SO STIPULATED.**

DATED:  March 13, 2012.                **HOFFMAN & LAZEAR**

                                        H. TIM HOFFMAN, SBN 49141
                                        ARTHUR W. LAZEAR, SBN 83603

                                        **CAMPBELL LAW**
                                        A Professional Corporation
                                        Thomas F. Campbell (*pro hac vice*)
                                        D. Keiron McGowin (*pro hac vice*)

                                        By:    */s/ D. Keiron McGowin*
                                              Attorneys for Plaintiff

1
2
**HINSHAW & CULBERTSON LLP**
3
4  CHRISTOPHER J. BORDES SBN 135901
   DAVID CREAGH, (ADMITTED *PRO HAC*
5                            *VICE*)

6  By:   */s/ David Creagh*
             Attorneys for Defendants
7
IT IS SO ORDERED.
8
9  Dated:   **March 15, 2012**            /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3