IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDVARD ESHAGH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE TERMINIX INTERNATIONAL COMPANY, L.P., a limited partnership; TERMINIX INTERNATIONAL, INC.,<br><br>Defendants. | 1:11cv0222 LJO DLB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Document 57) |

On May 11, 2012, the Magistrate Judge issued Findings and Recommendations that Defendants' motion to compel arbitration be granted, Defendants' motion to strike class allegations be granted and the action be dismissed without prejudice. The Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. On June 11, 2012, Plaintiff Edvard Eshagh filed objections, along with a supplement. On July 2, 2012, Defendants filed a response to the objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The Findings and Recommendations issued May 11, 2012, are ADOPTED IN FULL;

3  2. Defendants' motion to compel arbitration is GRANTED;

4  3. Defendant's motion to strike class allegations is GRANTED; and

5  4. This action is DISMISSED without prejudice.

6  This terminates this action in its entirety.

12                             IT IS SO ORDERED.

13  **Dated:   July 6, 2012**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE