# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**EDVARD ESHAGH,**

CASE NO: **1:11–CV–00222–LJO–DLB**

v.

**THE TERMINIX INTERNATIONAL
COMPANY, L.P., ET AL.,**

_____

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues
have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE
COURT'S ORDER FILED ON 7/6/2012**

**Victoria C. Minor**
Clerk of Court

ENTERED:  **July 6, 2012**

by: /s/ A. Jessen
Deputy Clerk